# United States Bankruptcy Court
## Western District of Washington

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Liquidation Outlet, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**91-1566019** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1025 Valley Ave NW**<br>**Puyallup, WA**<br>ZIP Code **98371** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 39620**<br>**Lakewood, WA**<br>ZIP Code **98496** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **1025 Valley Ave NW**<br>**Puyallup, WA 98371** |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Liquidation Outlet, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Liquidation Outlet, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X** **/s/ Brian L. Budsberg** _____

Signature of Attorney for Debtor(s)

**Brian L. Budsberg 11225**

Printed Name of Attorney for Debtor(s)

**Brian Budsberg, P.L.L.C.**

Firm Name

**1115 West Bay Drive, Suite 201**

_____

Address

**Email: trustee@budsberg.com**

**3605849093  Fax: 3602528333**

Telephone Number

**March 25, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Gary Woodring** _____

Signature of Authorized Individual

**Gary Woodring**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**March 25, 2010**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**CUSTOMIZED SCHEDULE I - CURRENT INCOME OF BUSINESS DEBTOR**

| | | |
|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Payroll) | $307,592.97 |
| 2. | Estimated monthly overtime | $0 |
| 3. | SUBTOTAL | $307,592.97 |
| 4. | LESS PAYROLL DEDUCTIONS | |
| | a.      Payroll Taxes and Social Security | $82,956.35 |
| | b.      Insurance | $11,865.75 |
| | c.      Union Dues | $0 |
| | d.      Other Deductions | $0 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $94,822.10 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $212,770.87 |
| 7. | Regular Income from operation of business or profession or farm | |
| | (Attach detailed statement) | $2,136,387.5 |
| 8. | Income from real property | $0 |
| 9. | Interest and Dividends | $0 |
| 10. | Alimony, maintenance or support payments payable to the debtor for | |
| | the debtor's use or that of dependents listed above | N/A |
| 11. | Social Security or government assistance | N/A |
| 12. | Pension or retirement income | N/A |
| 13. | Other monthly income | N/A |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $2,136,387.50 |
| 15. | AVERAGE MONTHLY INCOME | $2,136,387.50 |
| | (Add amounts on lines 6 and 14) | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: | $2,136,387.50 |
| | (Combine column totals from line 15) | |

## CUSTOMIZED SCHEDULE J - CURRENT EXPENDITURES OF BUSINESS DEBTOR(S)

1.      Rent or home mortgage payment        $417,852

2.      Employees        $400,248

3.      Transportation (not including car payments)        $20,353.10

4.      Recreation, clubs and entertainment        $2,175

5.      Charitable contributions        $0

6.      Insurance        $11,865.75

7.      Taxes        $98,041.18

8.      Other expenses from operation of business, profession or farm        $1,185,170

9.      AVERAGE MONTHLY EXPENSES        $2,135,705

10.      Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:        N/A

11.      STATEMENT OF MONTHLY NET INCOME

       a.      Average monthly income from Line 15 of Schedule I        $2,136,387.50

       b.      Average monthly expenses from Line 9 above        $2,135,705

       c.      Monthly net income (a. minus b.)        $682.50

# United States Bankruptcy Court
## Western District of Washington

In re  **Liquidation Outlet, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ABC Pacific<br>1549 NE 145th St.<br>Seattle, WA 98155 | ABC Pacific<br>1549 NE 145th St.<br>Seattle, WA 98155 | Default Lease | | 53,763.52 |
| B&G Sales, Inc.<br>2000 George Street<br>Melrose Park, IL 60160 | B&G Sales, Inc.<br>2000 George Street<br>Melrose Park, IL 60160 | Vendor | | 57,972.76 |
| Betty, Inc.<br>1801 Swanson Street<br>Philadelphia, PA 19148 | Betty, Inc.<br>1801 Swanson Street<br>Philadelphia, PA 19148 | Vendor | | 52,673.20 |
| Blue Cross Laboratories<br>20950 Centre Pointe Pkwy<br>Santa Clarita, CA 91350 | Blue Cross Laboratories<br>20950 Centre Pointe Pkwy<br>Santa Clarita, CA 91350 | Vendor | | 47,856.84 |
| Charlie's Produce<br>PO Box 24606<br>Seattle, WA 98124 | Charlie's Produce<br>PO Box 24606<br>Seattle, WA 98124 | Vendor | | 315,000.00 |
| EH Greetings<br>2060 International Blvd.<br>Port Huron, MI 48060 | EH Greetings<br>2060 International Blvd.<br>Port Huron, MI 48060 | Vendor | | 112,692.30 |
| Hulco Sales Corp.<br>PO Box 150<br>Terre Haute, IN 47808 | Hulco Sales Corp.<br>PO Box 150<br>Terre Haute, IN 47808 | Vendor | | 322,080.00 |
| Imperial Plastics<br>PO Box 3395<br>Calexico, CA 92232 | Imperial Plastics<br>PO Box 3395<br>Calexico, CA 92232 | Vendor | | 41,312.28 |
| Inland US Managment<br>5919 Lakewood Towne<br>Center<br>Lakewood, WA 98499 | Inland US Managment<br>5919 Lakewood Towne Center<br>Lakewood, WA 98499 | Default lease | | 95,718.73 |
| Kole Imports<br>24600 S. Main Street<br>Carson, CA 90745 | Kole Imports<br>24600 S. Main Street<br>Carson, CA 90745 | Vendor | | 61,806.39 |
| ML Weiner & Assoc.<br>43-585 Monteey Ave, Ste. 1<br>Palm Desert, CA 92260 | ML Weiner & Assoc.<br>43-585 Monteey Ave, Ste. 1<br>Palm Desert, CA 92260 | Vendor | | 33,246.71 |
| Olympic Gateway<br>1111 E. Wiskah Street<br>Aberdeen, WA 98520 | Olympic Gateway<br>1111 E. Wiskah Street<br>Aberdeen, WA 98520 | Default Lease | | 33,671.80 |

In re   **Liquidation Outlet, Inc.**                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| PK II Sunset Square<br>1125 E. Sunset Drive<br>#115-120<br>Bellingham, WA 98226 | PK II Sunset Square<br>1125 E. Sunset Drive<br>#115-120<br>Bellingham, WA 98226 | Default Lease | | 34,011.96 |
| Poly Bag LLC<br>4301 So. Tacoma Way<br>Tacoma, WA 98409 | Poly Bag LLC<br>4301 So. Tacoma Way<br>Tacoma, WA 98409 | Vendors | | 34,310.71 |
| Rosen Properties<br>5401 6th Ave #300<br>Tacoma, WA 98406 | Rosen Properties<br>5401 6th Ave #300<br>Tacoma, WA 98406 | Default Lease | | 36,859.92 |
| Santa Clara Square<br>Client Trust<br>75 Division Ave<br>Eugene, OR 97404 | Santa Clara Square<br>Client Trust<br>75 Division Ave<br>Eugene, OR 97404 | Default Lease | | 55,602.40 |
| Selected Trading<br>9500 NW 108th Ave<br>Miami, FL 33178 | Selected Trading<br>9500 NW 108th Ave<br>Miami, FL 33178 | Vendors | | 48,369.60 |
| Sound Properties<br>11012 Canyon Road<br>Puyallup, WA 98373 | Sound Properties<br>11012 Canyon Road<br>Puyallup, WA 98373 | Default Lease | | 44,177.52 |
| South Bay International<br>1555 So. 7th Street, Ste. G<br>San Jose, CA 95112 | South Bay International<br>1555 So. 7th Street, Ste. G<br>San Jose, CA 95112 | Vendors | | 40,315.00 |
| University City<br>10518 E. Sprague Ave<br>Spokane, WA 99216 | University City<br>10518 E. Sprague Ave<br>Spokane, WA 99216 | Default Lease | | 35,932.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 25, 2010**                    Signature   **/s/ Gary Woodring**
_____
                                                       **Gary Woodring**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

# United States Bankruptcy Court

## Western District of Washington

In re    **Liquidation Outlet, Inc.**                          ,       Case No. _____

                                      Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,053,249.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,050,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 6,384,413.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 98,041.18 |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| | Total Assets | | 16,053,249.53 | | |
| | | Total Liabilities | | 7,434,413.23 | |

.

# United States Bankruptcy Court
### Western District of Washington

In re    **Liquidation Outlet, Inc.**                  ,        Case No. _____

                                   Debtor           Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Liquidation Outlet, Inc.**              ,     Case No. _____

                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

.

In re   **Liquidation Outlet, Inc.**                          ,     Case No.  _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking and Savings** | - | 2,317.11 |
| | | **Columbia Bank** | - | 0.00 |
| | | **Heritage Bank** | - | 3,117.05 |
| | | **Key Bank** | - | 1,074.83 |
| | | **Skagit Bank** | - | 1,928.54 |
| | | **US Bank** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      **8,437.53**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re    **Liquidation Outlet, Inc.**                                ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **0.00**<br>(Total of this page)

Sheet \_\_\_**1**\_\_\_ of \_\_\_**3**\_\_\_ continuation sheets attached
to the Schedule of Personal Property

In re      **Liquidation Outlet, Inc.**                                                  ,      Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vehicles** | - | **908,141.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment and Computers** | - | **60,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment: $220,120 FF&E: $86,234** | - | **306,354.00** |
| | | **Rolling stock** | - | **235,032.00** |
| | | **Fork lifts** | - | **408,300.00** |
| | | **Golf Equipment** | - | **10,500.00** |
| | | **In store equipment (Per Store total: $23,721) x 37 stores = $901,398** | - | **901,398.00** |
| 30. Inventory. | | **Debtor operates 38 stores and one warehouse facility. Retail value of inventory is estimated at $12.5 million. However, there has not been a recent valuation of the existing inventory.** | - | **13,100,000.00** |

Sub-Total >      **15,929,725.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re   **Liquidation Outlet, Inc.**        ,     Case No. _____

                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Tenant Improvements. Estimate of value** | **-** | **115,087.00** |

|  |  |
|---|---|
| Sub-Total > | **115,087.00** |
| (Total of this page) | |
| Total > | **16,053,249.53** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Liquidation Outlet, Inc.**                                              Case No. _____

                                                    ,

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hudson Capital** <br> **c/o Bush Strout & Kornfeld** <br> **601 Union St. STE 5000** <br> **Seattle, WA 98101** | X | - | **Short Term Note** <br><br><br> Value $            **150,000.00** | | | | **150,000.00** | **0.00** |
| Account No. <br><br> **US Bank** <br> **1145 Broadway #1100** <br> **Tacoma, WA 98402** | X | - | **Line of Credit** <br><br><br> Value $                **0.00** | | | | **900,000.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal <br> (Total of this page) | **1,050,000.00** | **0.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **1,050,000.00** | **0.00** |

.

In re     **Liquidation Outlet, Inc.**                                       ,     Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

In re **Liquidation Outlet, Inc.**          Case No. _____
                    ,
          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Default Lease** | | | | |
| **17th & Ray Properties, LLC** **3204 E. 17th Ave** **Spokane, WA 99223** | - | | | | | | 14,568.76 |
| Account No. | | | **Default Lease** | | | | |
| **ABC Pacific** **1549 NE 145th St.** **Seattle, WA 98155** | - | | | | | | 53,763.52 |
| Account No. | | | **Vendor** | | | | |
| **Adams & Brooks, Inc.** **PO Box 7303** **Los Angeles, CA 90007-0303** | - | | | | | | 4,018.95 |
| Account No. | | | **Vendor** | | | | |
| **Alliance Products** **2001 N. Cornell Ave.** **Melrose Park, IL 60160** | - | | | | | | 24,219.00 |
| __37__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 96,570.23 |

In re   **Liquidation Outlet, Inc.**                    ,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allied Waste Services**<br>**54 Dawson Street**<br>**Seattle, WA 98134** | - | | **Utility and notice purposes only** | | | | **Unknown** |
| Account No.<br><br>**Almar Sales Company**<br>**31 West 34th St.**<br>**8th Floor**<br>**New York, NY 10001** | - | | **Vendor** | | | | **28,281.36** |
| Account No.<br><br>**Arcor USA**<br>**dba Nutrex Corp.**<br>**550 Biltmore Way**<br>**PH 11-A**<br>**Coral Gables, FL 33134** | - | | **Vendor** | | | | **15,253.32** |
| Account No.<br><br>**Avista**<br>**1411 E Mission Ave**<br>**Spokane, WA 99252** | - | | **Utility and notice purposes only** | | | | **Unknown** |
| Account No.<br><br>**B&G Sales, Inc.**<br>**2000 George Street**<br>**Melrose Park, IL 60160** | - | | **Vendor** | | | | **57,972.76** |

Sheet no. __1__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **101,507.44**

In re **Liquidation Outlet, Inc.** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility and notice purposes only | | | | |
| **Basin Disposal** **PO Box 3850** **Pasco, WA 99302** | - | | | | | | 0.00 |
| Account No. | | | Vendor | | | | |
| **BC Improts** **3007 38th Street SE** **Puyallup, WA 98374** | - | | | | | | 4,158.00 |
| Account No. | | | Vendor | | | | |
| **Bee International** **2311 Boswell Road, Suite 5** **Chula Vista, CA 91914** | - | | | | | | 4,276.80 |
| Account No. | | | Vendor | | | | |
| **Bendon Publishing Intern'l Inc** **1840 Baney Road** **Ashland, OH 44805** | - | | | | | | 16,632.61 |
| Account No. | | | Default Lease | | | | |
| **Benson Center** **10424 240th SE** **Kent, WA 98031** | - | | | | | | 24,000.00 |

| Sheet no. __2__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 49,067.41 |
|---|---|---|

In re **Liquidation Outlet, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | Vendor | | | | | | |
| Betty, Inc. 1801 Swanson Street Philadelphia, PA 19148 | - | | | | | | | 52,673.20 |
| Account No. | | Vendor | | | | | | |
| Bickel's Snack Foods PO Box 644075 Pittsburgh, PA 15264-4075 | - | | | | | | | 7,518.16 |
| Account No. | | Vendor | | | | | | |
| Blue Cross Laboratories 20950 Centre Pointe Pkwy Santa Clarita, CA 91350 | - | | | | | | | 47,856.84 |
| Account No. | | Vendor | | | | | | |
| Bumble Bee Foods, LLC PO Box 90335 Chicago, IL 60695-0335 | - | | | | | | | 4,423.68 |
| Account No. | | Vendor | | | | | | |
| Cadbury Adams USA LLC PO Box 849955 Dallas, TX 75284-9955 | - | | | | | | | 7,410.00 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    119,881.88

B6F (Official Form 6F) (12/07) - Cont.

In re **Liquidation Outlet, Inc.** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Lease | | | | |
| Carrington Co. 2010 Yakima Valley HWY Sunnyside, WA 98944 | | | | | | | Unknown |
| Account No. | | - | Utilities and notice purposes only | | | | |
| Cascade Natural Gas | | | | | | | Unknown |
| Account No. | | - | Utility and notice purposes only | | | | |
| Cascade Natural Gas PO Box 34344 Seattle, WA 98124 | | | | | | | Unknown |
| Account No. | | - | Vendor | | | | |
| CG Roxane 1210 So. Highway 395 PO Box Drawer A Olancha, CA 93549 | | | | | | | Unknown |
| Account No. | | - | Vendor | | | | |
| Champion Packaging & Distributing, Inc. PO Box 97253 Chicago, IL 60690 | | | | | | | Unknown |

Sheet no. \_\_4\_\_ of \_\_37\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Liquidation Outlet, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| Charlie's Produce PO Box 24606 Seattle, WA 98124 | - | | | | | | | 315,000.00 |
| Account No. | | Vendor | | | | | | |
| Chelsea Milling Co. PO Box 460 Chelsea, MI 48118-0460 | - | | | | | | | 4,629.40 |
| Account No. | | Utility and notice purposes only | | | | | | |
| City of Aberdeen 200 E Market St Aberdeen, WA 98520 | - | | | | | | | Unknown |
| Account No. | | Utility and notice purposes only | | | | | | |
| City of Albany PO Box 945 Albany, OR 97321 | - | | | | | | | Unknown |
| Account No. | | Utility and notice purposes only | | | | | | |
| City of Bremerton 100 Oyster Bay Ave N. Bremerton, WA 98312 | - | | | | | | | Unknown |

Sheet no. __5___ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

319,629.40

In re **Liquidation Outlet, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> City of Centralia <br> #07-010590-00 <br> P.O. Box 1259 <br> Centralia, WA 98531 | - | | Utilities and notice purposes only | | | | Unknown |
| Account No. <br><br> City of Kent <br> 220 4th Avenue So. <br> Kent, WA 98032 | - | | Utility and notice purposes only | | | | Unknown |
| Account No. <br><br> City of Marysville <br> 1049 State Ave <br> Marysville, WA 98271 | - | | Utility and notice purposes only | | | | Unknown |
| Account No. <br><br> City of Milton <br> PO Box 6 <br> Milton Freewater, OR 97862 | - | | Utility and notice purposes only | | | | Unknown |
| Account No. <br><br> City of Newberg <br> PO box 970 <br> Newberg, OR 97132 | - | | Utility and notice purposes only | | | | Unknown |

Sheet no. _6_ of _37_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re **Liquidation Outlet, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility and notice purposes only | | | | |
| City of Olympia PO Box 1967 Olympia, WA 98507 | | - | | | | | Unknown |
| Account No. | | | Utility and notice purposes only | | | | |
| City of Pasco 525 N. 3rd Ave Pasco, WA 99301 | | - | | | | | Unknown |
| Account No. | | | Utility and notice purposes only | | | | |
| City of Port Angeles 321 E Fift St. Port Angeles, WA 98362 | | - | | | | | Unknown |
| Account No. | | | Utility and notice purposes only | | | | |
| City of Puyallup 333 S. Meridian Puyallup, WA 98371 | | - | | | | | Unknown |
| Account No. | | | Utility and notice purposes only | | | | |
| City of Renton City Hall 1055 S. Grady Way Renton, WA 98055 | | - | | | | | Unknown |

Sheet no. _7_ of _37_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re   **Liquidation Outlet, Inc.**        ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Richland** <br> **505 Swift Blvd** <br> **Richland, WA 99352** | | - | **Utility and notice purposes only** | | | | **Unknown** |
| Account No. <br><br> **City of Seattle** <br> **P.O. Box 94729** <br> **Seattle, WA 98124-4729** | | - | **Utility and notice purposes only** | | | | **Unknown** |
| Account No. <br><br> **City of Spokane** <br> **808 W. Spokane Falls Blvd** <br> **Spokane, WA 99256** | | - | **Utility and notice purposes only** | | | | **Unknown** |
| Account No. <br><br> **City of Tacoma** <br> **P.O. Box 11010** <br> **Tacoma, WA 98411** | | - | **Utilities and notice purposes only** | | | | **Unknown** |
| Account No. <br><br> **City of Tumwater** <br> **555 Israel Rd SW** <br> **Olympia, WA 98501** | | - | **Utility and notice purposes only** | | | | **0.00** |

Sheet no. __8__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

In re    **Liquidation Outlet, Inc.**                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility and notice purposes only | | | | |
| **Clean Scapes**<br>**PO Box 34260**<br>**Seattle, WA 98124** | - | | | | | | **Unknown** |
| Account No. | | | Vendors | | | | |
| **Coca Cola**<br>**1000 West Temple Street**<br>**Los Angeles, CA 90074** | - | | | | | | **23,183.76** |
| Account No. | | | Vendors | | | | |
| **Coca Cola Automat**<br>**PO Box 2905**<br>**Pasco, WA 99302** | - | | | | | | **3,642.85** |
| Account No. **x3158** | | | Vendor | | | | |
| **Coca Cola Enterprises**<br>**PO Box 90074** | - | | | | | | **29,212.36** |
| Account No. | | | Vendor | | | | |
| **Comfort Foods, Inc.**<br>**9900 Montgomerey Blvd. NE**<br>**Albuquerque, NM 87111** | - | | | | | | **11,088.00** |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,126.97**

In re   **Liquidation Outlet, Inc.**                          ,       Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| Conklin Fashions, Inc. PO Box 2231 Sidney, NY 13838 | - | | | | | | | 11,250.00 |
| Account No. | | | | Utility and notice purposes only | | | | |
| Consildated Disposal 2370 Basin St. SW Ephrata, WA 98823 | - | | | | | | | Unknown |
| Account No. | | | | Vendor | | | | |
| Corporacion Imresora SA De CV PO Box 54090 Estdo De Mexico | - | | | | | | | 25,384.69 |
| Account No. | | | | Vendor | | | | |
| Cove Partners LLC PO Box 2422 565 Main Street Lebanon, OR 97355 | - | | | | | | | Unknown |
| Account No. | | | | Lease | | | | |
| CRH Capitol Properties 1415 E. 72nd St. #E Tacoma, WA 98404 | - | | | | | | | Unknown |

Sheet no. __10__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **36,634.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Liquidation Outlet, Inc.** ,                Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CSK Auto**<br>**1305 Jadwin**<br>**Richland, WA 99354** | | - | **Default Lease** | | | | 19,230.87 |
| Account No.<br><br>**Custom Solutions, Inc.**<br>**4142 NE Port Drive**<br>**Lees Summit, MO 64064** | | - | **Vendor** | | | | 14,534.56 |
| Account No.<br><br>**Cyberkids International Inc.**<br>**4301-B Brunswick Ave.**<br>**South Plainfield, NJ 07080** | | - | **Vendor** | | | | 15,748.00 |
| Account No.<br><br>**D&C Wong**<br>**6311 Seward Parks**<br>**Seattle, WA 98118** | | - | **Utility and notice purposes only** | | | | Unknown |
| Account No.<br><br>**D&C Wong**<br>**6311 Seward Parks**<br>**Seattle, WA 98118** | | - | **Default Lease** | | | | 15,484.68 |

Sheet no. **11** of **37** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    64,998.11

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re **Liquidation Outlet, Inc.** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Daddy Ray's PO Box 186 Moscow Mills, MO 63362** | - | | | | | | 10,000.00 |
| Account No. | | | Vendor | | | | |
| **Deals 4 Less LLC 230-5th Ave, Suite 612 New York, NY 10001** | - | | | | | | 14,667.92 |
| Account No. | | | Vendor | | | | |
| **Design Imports PO Box 58410 Seattle, WA 98138** | - | | | | | | 7,378.94 |
| Account No. | | | Utilities and notice purposes only | | | | |
| **Development Services of Amer. 4025 Delridge Way SW Suite 100 Seattle, WA 98101** | - | | | | | | Unknown |
| Account No. | | | Vendor | | | | |
| **DLL** | - | | | | | | 7,378.94 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 39,425.80 |
|---|---|---|

In re   **Liquidation Outlet, Inc.**                                    ,          Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **DM Merchandising, INC** **835 N. Church Court** **Elmhurst, IL 60126** | | - | | | | | 15,453.40 |
| Account No. | | | Vendor | | | | |
| **Dodo Graphics Inc** **32 Veterans Lane #4** **PO Box 585** **Plattsburgh, NY 12901** | | - | | | | | 5,670.00 |
| Account No. | | | Vendor | | | | |
| **Dollar Empire LLC** **4423 E. Bandini Blvd** **Los Angeles, CA 90023** | | - | | | | | 14,534.88 |
| Account No. | | | Vendor | | | | |
| **Don M. Dellet** **3236 Stevely Ave.** **Long Beach, CA 90808** | | - | | | | | Unknown |
| Account No. | | | Utility and notice purposes only | | | | |
| **Douglas Co. PUD** **1151 Valley Mall Parkway** **East Wenatchee, WA 98802** | | - | | | | | Unknown |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **35,658.28**

In re   **Liquidation Outlet, Inc.**              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| **Dournak Inc.** **2201 Touhy Avenue** **Elk Grove Village, IL 60007-5327** | | - | | | | | | 6,566.40 |
| Account No. | | Vendor | | | | | | |
| **Dreyers** **555 12th Street #300** **Oakland, CA 94607** | | - | | | | | | 22,000.00 |
| Account No. | | Default Lease | | | | | | |
| **DS of A** **2521 6th Street** **Bremerton, WA 98312** | | - | | | | | | 8,402.02 |
| Account No. | | Vendor | | | | | | |
| **Dynamic Manufacturing** **& Distribution INC** **78 Lafayette Ave, Suite 201** **Suffern, NY 10901** | | - | | | | | | 7,361.28 |
| Account No. | | Vendor | | | | | | |
| **EH Greetings** **2060 International Blvd.** **Port Huron, MI 48060** | | - | | | | | | 112,692.30 |

Sheet no. __14__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **157,022.00**

In re __Liquidation Outlet, Inc.__ _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elite Brands USA, INC**<br>**61 East Industry Ct.**<br>**Deer Park, NY 11729** | - | | Vendor | | | | Unknown |
| Account No.<br><br>**Eugene Water**<br>**500 East 4th**<br>**Eugene, OR 97440** | - | | Utility and notice purposes only | | | | Unknown |
| Account No.<br><br>**Evans Food West Inc.**<br>**1191 Paysphere Circle**<br>**Chicago, IL 60674** | - | | Vendor | | | | 10,725.12 |
| Account No.<br><br>**Flava Puff**<br>**2000 NW-150th Ave, Suite 2120**<br>**Pembroke Pines, FL 33028** | - | | Vendor | | | | 10,876.00 |
| Account No.<br><br>**Franklin County PUD**<br>**1411 West Clark**<br>**Pasco, WA 99301** | - | | Utility and notice purposes only | | | | Unknown |

Sheet no. __15__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          21,601.12

In re  **Liquidation Outlet, Inc.** _____,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GA Development** <br> **1025 Valley Avenue NW** <br> **Puyallup, WA 98371** | - | | Unpaid rent warehouse | | | | 2,060,800.00 |
| Account No. <br><br> **GA Development** <br> **1025 Valley Ave NW** <br> **Puyallup, WA 98371** | - | | Shareholder Loan | | | | 500,000.00 |
| Account No. <br><br> **Gary Woodring** <br> **210 N. 5th Ave** <br> **Yakima, WA 98901** | - | | Default Lease | | | | 637,500.00 |
| Account No. <br><br> **Gary Woodring** <br> **1025 Valley Avenue NW** <br> **Puyallup, WA 98371** | - | | Shareholder Loan | | | | 602,636.00 |
| Account No. <br><br> **GDB International Inc.** <br> **8 Taylor Road** <br> **Edison, NJ 08817** | - | | Vendor | | | | 30,709.60 |

Sheet no. __16__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    **3,831,645.60**

In re   **Liquidation Outlet, Inc.**                            ,     Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gel Spice Co. LLC**<br>**PO Box 285**<br>**Bayonne, NJ 07002** | - | | **Vendor** | | | | **6,750.40** |
| Account No.<br><br>**Grant County PUD**<br>**PO Box 878**<br>**Ephrata, WA 98823** | - | | **Utility and notice purposes only** | | | | **Unknown** |
| Account No.<br><br>**Grays Harbor PUD**<br>**2720 Sumner Ave**<br>**PO Box 510**<br>**Aberdeen, WA 98520** | - | | **Utility and notice purposes only** | | | | **Unknown** |
| Account No.<br><br>**Great Discounters**<br>**830 Fairway Drive**<br>**Bensenville, IL 60106** | - | | **Vendor** | | | | **7,500.00** |
| Account No.<br><br>**Herring & Associates, Inc.**<br>**620 Grant Road #C**<br>**East Wenatchee, WA 98802** | - | | **Default Lease** | | | | **1,184.11** |

| | | |
|---|---|---|
| Sheet no. __17__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **15,434.51** |

In re  **Liquidation Outlet, Inc.** _____ ,   Case No. _____

                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Utility and notice purposes only | | | | |
| Hospitatlity House PO Box 2542 Wenatchee, WA 98807 | | - | | | | | | Unknown |
| Account No. | | | | Utility and notice purposes only | | | | |
| Hub City Recycling 200 E. Third St. Centralia, WA 98531 | | - | | | | | | Unknown |
| Account No. | | | | Vendor | | | | |
| Hulco Sales Corp. PO Box 150 Terre Haute, IN 47808 | | - | | | | | | 322,080.00 |
| Account No. | | | | Vendor | | | | |
| Imperial Plastics PO Box 3395 Calexico, CA 92232 | | - | | | | | | 41,312.28 |
| Account No. | | | | Vendor | | | | |
| Inderbitzen Distributors Inc. 901 Valley Ave NW Puyallup, WA 98371 | | - | | | | | | Unknown |

Sheet no. __18__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

363,392.28

In re **Liquidation Outlet, Inc.** , Case No. _____
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Default lease | | | | |
| Inland US Managment 5919 Lakewood Towne Center Lakewood, WA 98499 | | - | | | | | 95,718.73 |
| Account No. | | | Lease | | | | |
| K Mart 2306 E Nob Hill Road Yakima, WA 98901 | | - | | | | | Unknown |
| Account No. | | | Vendor | | | | |
| Kidsmania Inc. 12332 Bell Ranch Drive Santa Fe Springs, CA 90670 | | - | | | | | 22,601.28 |
| Account No. | | | Vendor | | | | |
| Kole Imports 24600 S. Main Street Carson, CA 90745 | | - | | | | | 61,806.39 |
| Account No. | | | Vendor | | | | |
| L&E Bottling Co., Inc. Ol /bix 3836 South El Monte, CA 91733 | | - | | | | | 4,722.60 |

Sheet no. __19__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **184,849.00**

In re __Liquidation Outlet, Inc.__ ,  Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility and notice purposes only | | | | |
| Lakehaven Utility 31627 First Ave So. Federal Way, WA 98003 | - | | | | | | Unknown |
| Account No. | | | Utilities and notice purposes only | | | | |
| Lakewood Water District PO Box 11010 Lakewood, WA 98411 | - | | | | | | Unknown |
| Account No. | | | Lease | | | | |
| Lee Ingram & Lorenz 515 Harrison Ave Centralia, WA 98531 | - | | | | | | Unknown |
| Account No. | | | Vendor | | | | |
| Lee Pharmaceuticals PO Box 3836 South El Monte, CA 91733 | - | | | | | | 17,618.40 |
| Account No. | | | Utilities and notice purposes only | | | | |
| LeMay 13502 Pacific Ave Tacoma, WA 98444 | - | | | | | | Unknown |

Sheet no. __20__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,618.40

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Liquidation Outlet, Inc.**                        ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LeMay**<br>**4201 Olympic Hwy East**<br>**Aberdeen, WA 98520** | - | | Utility and notice purposes only | | | | **Unknown** |
| Account No. <br><br>**Liberty Distributing**<br>**909 Valley Ave NW**<br>**Puyallup, WA 98371** | - | | Vendor | | | | **Unknown** |
| Account No. <br><br>**Liberty Orchards**<br>**PO Box C**<br>**Cashmere, WA 98815** | - | | Vendor | | | | **5,616.00** |
| Account No. <br><br>**Madden & Teel**<br>**10014 15th Ave SW**<br>**Seattle, WA 98146** | - | | Lease | | | | **Unknown** |
| Account No. <br><br>**Magnuson Properties**<br>**15303 E. Sprague Ave**<br>**Veradale, WA 99037** | - | | Default Lease | | | | **21,249.00** |

Sheet no. __21__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **26,865.00**

In re   **Liquidation Outlet, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Marietta Biscuit Co. Inc.** **1301 La Velle Road** **Portales, NM 88130** | - | | | | | | 31,363.20 |
| Account No. | | | Vendor | | | | |
| **MD Distributors Inc.** **3 Taylor road** **Edison, NJ 08817** | - | | | | | | 7,488.00 |
| Account No. | | | Vendor | | | | |
| **Michael Friend Assoc.** **7302 Bowlyn Plance S** **Seattle, WA 98118** | - | | | | | | 7,846.20 |
| Account No. | | | Vendor | | | | |
| **ML Weiner & Assoc.** **43-585 Monteey Ave, Ste. 1** **Palm Desert, CA 92260** | - | | | | | | 33,246.71 |
| Account No. | | | Vendor | | | | |
| **Morris National Inc.** **PO Box 60707** **Los Angeles, CA 90060** | - | | | | | | 6,609.90 |

Sheet no. __22__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     86,554.01

In re __Liquidation Outlet, Inc.__ ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Murrey's Disposal<br>PO Box 399<br>Puyallup, WA 98371** | | - | | Utilities and notice purposes only | | | | **Unknown** |
| Account No.<br><br>**Nancy Ketcham<br>315 Basin Street SW<br>Ephrata, WA 98823** | | - | | Default Lease | | | | **8,551.88** |
| Account No.<br><br>**New Era Brands, LLC<br>910 Skokle Blvd. Suite 107<br>Northbrook, IL 60062** | | - | | Vendor | | | | **3,049.20** |
| Account No.<br><br>**New Frontier Marketing<br>1240 E 55th Street<br>Cleveland, OH 44103** | | - | | Vendor | | | | **4,611.75** |
| Account No.<br><br>**Newberg Garage<br>PO Box 1000<br>Newberg, OR 97132** | | - | | Utility and notice purposes only | | | | **Unknown** |

Sheet no. __23__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,212.83**

In re **Liquidation Outlet, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Vendor | | | | | |
| Noel Corporation PO Box 2531 Pasco, WA 99302 | - | | | | | | | 2,909.36 |
| Account No. | | | Vendor | | | | | |
| Noel Corporation PO Box 2531 Pasco, WA 99302 | - | | | | | | | 1,485.03 |
| Account No. | | | Vendor | | | | | |
| Novate International PO Box 34936 Dept 1073 Seattle, WA 98124 | - | | | | | | | 28,968.08 |
| Account No. | | | Utility and notice purposes only | | | | | |
| NW Natural PO Box 6017 Portland, OR 97228 | - | | | | | | | Unknown |
| Account No. | | | Default Lease | | | | | |
| Olympic Gateway 1111 E. Wiskah Street Aberdeen, WA 98520 | - | | | | | | | 33,671.80 |

Sheet no. __24__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     67,034.27

In re   **Liquidation Outlet, Inc.**                      ,       Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oren's Replay Co.**<br>**7758 Maie Ave**<br>**Los Angeles, CA 90001** | - | | Vendor | | | | **5,520.00** |
| Account No.<br><br>**Pacific Asset Advisors**<br>**PO Box 34960**<br>**Seattle, WA 98124** | - | | Utility and notice purposes only | | | | **Unknown** |
| Account No.<br><br>**Pacific Enterprises**<br>**PO Box 8899**<br>**Stockton, CA 95208** | - | | Vendor | | | | **18,123.60** |
| Account No.<br><br>**Pacific Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256** | - | | Utility and notice purposes only | | | | **Unknown** |
| Account No.<br><br>**Pacific Trust Realty**<br>**175 S. Main**<br>**Milton Freewater, OR 97862** | - | | Default Lease | | | | **7,332.00** |

Sheet no. __25__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **30,975.60**

In re   **Liquidation Outlet, Inc.**                                        ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendors | | | | |
| **Page's Seeds**<br>**1A Green Street**<br>**PO Box 158**<br>**Greene, NY 13778** | - | | | | | | **7,810.66** |
| Account No. | | | Vendors | | | | |
| **Personal Care Products Inc**<br>**32500 Telegraph Suite #202**<br>**Bingham Farms, MI 48025** | - | | | | | | **28,312.40** |
| Account No. | | | Utilities and notice purposes only | | | | |
| **Pierce County Sewer**<br>**PO Box 11620**<br>**Tacoma, WA 98411** | - | | | | | | **Unknown** |
| Account No. | | | Default Lease | | | | |
| **PK II Sunset Square**<br>**1125 E. Sunset Drive**<br>**#115-120**<br>**Bellingham, WA 98226** | - | | | | | | **34,011.96** |
| Account No. | | | Vendors | | | | |
| **Poly Bag LLC**<br>**4301 So. Tacoma Way**<br>**Tacoma, WA 98409** | - | | | | | | **34,310.71** |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**104,445.73**

In re   **Liquidation Outlet, Inc.**                             ,       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility and notice purposes only | | | | |
| **Portland General Electric** **PO Box 4438** **Portland, OR 97208** | - | | | | | | **Unknown** |
| Account No. | | | Default Lease | | | | |
| **Prarie Center LLC** **4810 E. Yelm HWY SE** **Lacey, WA 98503** | - | | | | | | **26,503.30** |
| Account No. | | | Utilities and notice purposes only | | | | |
| **Puget Sound Energy** **P.O. Box 90868** **Bellevue, WA 98009** | - | | | | | | **Unknown** |
| Account No. | | | Utilities and notice purposes only | | | | |
| **Qwest** **P.O. Box 91154** **Seattle, WA 98111-9254** | - | | | | | | **Unknown** |
| Account No. | | | Vendors | | | | |
| **Rapid Care Inc.** **2080 Las Palmas Drive Ste 101** **Carlsbad, CA 92011** | - | | | | | | **2,000.00** |

Sheet no. __27__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **28,503.30**

In re  **Liquidation Outlet, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendors | | | | |
| **Regent Products Corp LLC Div.** **8999 Palmer STreet** **River Grove, IL 60171** | | - | | | | | 27,920.88 |
| Account No. | | | Vendors | | | | |
| **ReMarketing Services** **1250 Pine Street** **Suite 108** **Walnut Creek, CA 94596** | | - | | | | | 26,111.90 |
| Account No. | | | Lease | | | | |
| **Retail Property Management** **3315 W. Court St.** **Pasco, WA 99301** | | - | | | | | 8,722.00 |
| Account No. | | | Default Lease | | | | |
| **RiteAid** **29019 Military Road** **Federal Way, WA 98003** | | - | | | | | 17,280.00 |
| Account No. | | | Default Lease | | | | |
| **Rosen Properties** **5401 6th Ave #300** **Tacoma, WA 98406** | | - | | | | | 36,859.92 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,894.70

In re  **Liquidation Outlet, Inc.** _____ ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendors | | | | |
| **Royal Items INC**<br>**595 Degraw Street**<br>**Brooklyn, NY 11217** | - | | | | | | **20,672.00** |
| Account No. | | | Lease | | | | |
| **Safeway**<br>**170 Pt. Angeles Plaza**<br>**Port Angeles, WA 98362** | - | | | | | | **Unknown** |
| Account No. | | | Default Lease | | | | |
| **Safeway**<br>**4512 N. Market St**<br>**Spokane, WA 99207** | - | | | | | | **5,880.00** |
| Account No. | | | Utility and notice purposes only | | | | |
| **Sanipac**<br>**505 Swift Blvd**<br>**Richland, WA 99352** | - | | | | | | **Unknown** |
| Account No. | | | Default Lease | | | | |
| **Santa Clara Square**<br>**Client Trust**<br>**75 Division Ave**<br>**Eugene, OR 97404** | - | | | | | | **55,602.40** |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**82,154.40**

In re **Liquidation Outlet, Inc.**, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Selected Trading**<br>**9500 NW 108th Ave**<br>**Miami, FL 33178** | | - | Vendors | | | | 48,369.60 |
| Account No. <br><br>**Selective Imports Corp**<br>**3018 E 46th Street**<br>**Los Angeles, CA 90058** | | - | Vendors | | | | Unknown |
| Account No. <br><br>**Shark Eyes**<br>**2240 E Washington Blvd**<br>**Los Angeles, CA 90021** | | - | Vendors | | | | 6,696.30 |
| Account No. <br><br>**Shasta**<br>**PO Box 281335**<br>**Atlanta, GA 30384** | | - | Vendor | | | | 12,700.80 |
| Account No. <br><br>**SM Products Inc.**<br>**Liberty Mills**<br>**720437**<br>**Houston, TX 77272** | | - | Vendors | | | | 12,528.00 |

Sheet no. __30__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **80,294.70**

B6F (Official Form 6F) (12/07) - Cont.

In re **Liquidation Outlet, Inc.** ,      Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendors | | | | |
| Soil Conditioners Inc PO Box 206 Zillah, WA 98953 | | - | | | | | Unknown |
| Account No. | | | Default Lease | | | | |
| Sound Properties 11012 Canyon Road Puyallup, WA 98373 | | - | | | | | 44,177.52 |
| Account No. | | | Vendors | | | | |
| South Bay International 1555 So. 7th Street, Ste. G San Jose, CA 95112 | | - | | | | | 40,315.00 |
| Account No. | | | Lease | | | | |
| Southgate Development 5211 Capitol Blvd Olympia, WA 98501 | | - | | | | | Unknown |
| Account No. | | | Utility and notice purposes only | | | | |
| Spokane County PO Box 2355 WA 99120 | | - | | | | | Unknown |

Sheet no. __31__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **84,492.52**

In re  **Liquidation Outlet, Inc.** ,  Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities and notice purposes only | | | | |
| **Sprint** **PO Box 54977** **Los Angeles, CA 90054** | - | | | | | | **Unknown** |
| Account No. | | | Vendors | | | | |
| **Star Candle Co.** **300 Industrial Avenue** **Ridgefield Park, NJ 07660** | - | | | | | | **29,221.80** |
| Account No. | | | Vendor | | | | |
| **Stork** **1451 Momentum Place** **Chicago, IL 60689** | - | | | | | | **1,471.00** |
| Account No. | | | Vendors | | | | |
| **Summit Foods Enterprises Inc** **PO Box 273** **Berlin, MA 01503** | - | | | | | | **3,319.60** |
| Account No. | | | Utilities and notice purposes only | | | | |
| **Summit Water & Supply Co.** **9701 50th Ave East** **Tacoma, WA 98446** | - | | | | | | **Unknown** |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **34,012.40**

In re   **Liquidation Outlet, Inc.**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendors | | | | |
| **Sunbelt Apparel, Inc.** **4901 Keller Springs #106A** **Addison, TX 75001** | | - | | | | | **Unknown** |
| Account No. | | | Vendor | | | | |
| **Sunrise Confections** **Lox Box 892264 Dpt. 2264** **PO Box 12264** **Dallas, TX 75312** | | - | | | | | **8,711.31** |
| Account No. | | | Utility and notice purposes only | | | | |
| **Sunshine Disposal & Recycling** **2405 N. University Rd** **Spokane, WA 99206** | | - | | | | | **Unknown** |
| Account No. | | | Utility and notice purposes only | | | | |
| **SW Suburban Sewer** **431 SW Ambaum BLVD** **Seattle, WA 98166** | | - | | | | | **Unknown** |
| Account No. | | | Lease | | | | |
| **Sylvan Assoc.** **c/o Overlake Management** **3441 Wheaton Ave** **Bremerton, WA 98310** | | - | | | | | **Unknown** |

Sheet no. __33__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,711.31**

In re **Liquidation Outlet, Inc.** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Taste of Nature INC**<br>**2828 Donald Douglas Loop North**<br>**Suite A**<br>**Santa Monica, CA 90405** | | - | **Vendors** | | | | 5,100.00 |
| Account No.<br><br>**The Box Maker**<br>**PO Box 58968**<br>**Tukwila, WA 98168** | | - | **Vendor** | | | | 4,889.92 |
| Account No.<br><br>**The WE Basset Co.**<br>**100 Trap Falls Road Ext.**<br>**Shelton, CT 06484** | | - | **Vendor** | | | | 6,174.00 |
| Account No.<br><br>**The WE Bassett Company**<br>**PO Box 5643**<br>**Hartford, CT 06102** | | - | **Vendors** | | | | Unknown |
| Account No.<br><br>**Thrifty Payless**<br>**6414 S. Yakima Ave**<br>**Tacoma, WA 98408** | | - | **Lease** | | | | Unknown |

Sheet no. __34__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,163.92**

In re   **Liquidation Outlet, Inc.**                        ,       Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Default Lease | | | | |
| **Town & Country Center 804 W. Francis Spokane, WA 99205** | | | | | | | 2,522.22 |
| Account No. | | - | Vendors | | | | |
| **Uncle Rays LLC 14245 Birwood St Detroit, MI 48238** | | | | | | | 20,160.00 |
| Account No. | | - | Default Lease | | | | |
| **University City 10518 E. Sprague Ave Spokane, WA 99216** | | | | | | | 35,932.00 |
| Account No. | | - | Vendors | | | | |
| **Value Merchandise Int'l Inc. 14105-13th Ave N. Suite C Plymouth, MN 55441** | | | | | | | 2,794.00 |
| Account No. | | - | Vendors | | | | |
| **Ventura Foods LLC 500 So Prarie Ave Waukesha, WI 53186** | | | | | | | 3,360.00 |

Sheet no. __35__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal                        | 64,768.22 |
            (Total of this page)

In re   **Liquidation Outlet, Inc.**            ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vera Water & Power**<br>**PO Box 630**<br>**Spokane, WA 99307** | | - | **Utility and notice purposes only** | | | | **Unknown** |
| Account No. <br><br>**Verizon**<br>**PO Box 9688**<br>**Mission Hills, CA 91346** | | - | **Utility and notice purposes only** | | | | **Unknown** |
| Account No. <br><br>**Walton Beverage Co. Inc.**<br>**1350 Pacific Place**<br>**Ferndale, WA 98248** | | - | **Vendor** | | | | **696.00** |
| Account No. <br><br>**Waste Management**<br>**13225 NE 126th Place**<br>**Kirkland, WA 98034** | | - | **Utilities and notice purposes only** | | | | **0.00** |
| Account No. <br><br>**Weinstein Beverage Co.**<br>**410 Peters Street E**<br>**Wenatchee, WA 98801** | | - | **Vendor** | | | | **4,036.20** |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,732.20**

In re   **Liquidation Outlet, Inc.**   ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility and notice purposes only | | | | |
| **Whitworth Water District PO Box 14000 Spokane, WA 99218** | | - | | | | | **Unknown** |
| Account No. | | | Utilities and notice purposes only | | | | |
| **Yakima Waste System PO Box 2830 Yakima, WA 98907** | | - | | | | | **Unknown** |
| Account No. | | | Lease | | | | |
| **Yoder 17th St. Properties 313 S. Washington Ave Kent, WA 98032** | | - | | | | | **Unknown** |
| Account No. | | | Vendor | | | | |
| **Zel R. Kahn & Sons 2 Fifer Ave, Ste. 220 Corte Madera, CA 94925** | | - | | | | | **9,535.00** |
| Account No. | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **9,535.00** |
| Total (Report on Summary of Schedules) | **6,384,413.23** |

In re   **Liquidation Outlet, Inc.**       ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **17th Ray Properties LLC**<br>**Attn: Dan Roark**<br>**1527 S. Crest Road**<br>**Spokane, WA 99203** | **Unexpired lease** |
| **ABC Pacific**<br>**PO Box 19435**<br>**Seattle, WA 98109** | **Unexpired lease** |
| **Benson Center**<br>**PO Box 20157**<br>**Seattle, WA 98102** | **Unexpired lease** |
| **Bethel Junction**<br>**CBRE Inc-OBEUO1**<br>**PO Box 82551**<br>**Goleta, CA 93118** | **Unexpired lease** |
| **Bruce Forbes**<br>**86 SW Century**<br>**PMB 445**<br>**Bend, OR 97702** | **Unexpired lease** |
| **Capital Village Assoc.**<br>**11225 SE 6th St. #220**<br>**Seattle, WA 98124** | **Unexpired lease** |
| **CRH Capitol Properties**<br>**5312 Pacific HWY E**<br>**Fife, WA 98424** | **Unexpired lease** |
| **CSK Auto #4334**<br>**c/o Accounts Receivable**<br>**PO Box 94124**<br>**Seattle, WA 98124** | **Unexpired lease** |
| **D & C Wong**<br>**6311 Seward Park**<br>**Seattle, WA 98104** | **Unexpired lease** |
| **DS of A**<br>**PO Box 25139**<br>**Scottsdale, AZ 85255** | **Unexpired lease** |
| **GA Development** | **Unexpired Lease** |

**3**

      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Liquidation Outlet, Inc.**          ,     Case No. _____

                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gary Woodring**<br>**210 N. 5th Ave**<br>**Yakima, WA 98901** | **Unexpired Lease** |
| **Guardian Security**<br>**1743 1st AVE S**<br>**Seattle, WA 98134** | **Unexpired lease** |
| **Hagan Enterprises**<br>**3803 Bridgeport Way W**<br>**University Place, WA 98466** | **Unexpired lease** |
| **Herring & Assoc. Inc.**<br>**408 N. 5th St. Suite A**<br>**Wenatchee, WA 98801** | **Unexpired lease** |
| **Inland US MGT LLC #4498**<br>**13068 Collections Center Drive**<br>**Chicago, IL 60693** | **Unexpired lease** |
| **K. Mart Corp #4439**<br>**12664 Collections Center Drive**<br>**Chicago, IL 60693** | **Unexpired lease** |
| **Lee Ingram & L. Schrock LLC**<br>**4870 Capitol Blvd #1**<br>**Olympia, WA 98501** | **Unexpired lease** |
| **Madden & Teal**<br>**19715 27th Ave NW**<br>**Seattle, WA 98177** | **Unexpired lease** |
| **Magnuson Properties**<br>**Partnership**<br>**PO Box 3145**<br>**Coeur D Alene, ID 83814** | **Unexpired lease** |
| **MK Properties**<br>**11012 Canyon Road**<br>**Puyallup, WA 98373** | **Unexpired lease** |
| **Nancy Ketcham**<br>**PO Box 22789**<br>**Seattle, WA 98122** | **Unexpired lease** |
| **Northwest Security**<br>**1320 Hunsicker Rd**<br>**Bellingham, WA 98226** | **Unexpired leases** |
| **Pacific Commons LLC**<br>**Dunhill Partners West**<br>**388 Market Street #850**<br>**San Francisco, CA 94111** | **Unexpired lease** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pacific Trust Realty Assoc.**<br>**PO Box 5000 Unit #72**<br>**Portland, OR 97208** | **Unexpired lease** |
| **PK II Sunset SQ**<br>**Swab 1497/L Dollstor**<br>**PO Box 100545**<br>**Pasadena, CA 91189** | **Unexpired lease** |
| **Prairie Center LLC**<br>**c/o M&K Properties**<br>**PO Box 997**<br>**Snoqualmie, WA 98065** | **Unexpired lease** |
| **Retail Property MGT**<br>**210 N 2nd Ave**<br>**Walla Walla, WA 99362** | **Unexpired lease** |
| **Rite Aid #36656/5174**<br>**Sub-Tenant Acct 881451**<br>**PO Box 460**<br>**Camp Hill, PA 17001** | **Unexpired lease** |
| **Rosen Properties and**<br>**Rosen Harbottle**<br>**PO Box 5003**<br>**Bellevue, WA 98009** | **Unexpired lease** |
| **Safeway PDA**<br>**#98-9348-01-01**<br>**4834 Collections Center Drive**<br>**Chicago, IL 60693** | **Unexpired lease** |
| **Safeway PDA**<br>**98-9304-01-01**<br>**4834 Collections Center Drive**<br>**Chicago, IL 60693** | **Unexpired leases** |
| **Safeway PDA**<br>**98-A023-01-01**<br>**4834 Collections Center Drive**<br>**Chicago, IL 60693** | **Unexpired leases** |
| **Santa Clara SQ Client Trust**<br>**PO Box 2448 Unit Sac 002**<br>**Portland, OR 97208** | **Unexpired lease** |
| **Sound Properties LLC**<br>**c/o M&K Property Services**<br>**PO Box 997**<br>**Snoqualmie, WA 98065** | **Unexpired lease** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Liquidation Outlet, Inc.**              ,      Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Southgate Development**<br>**984 Liberty Street**<br>**Olympia, WA 98512** | **Unexpired lease** |
| **St. Street Center LLC**<br>**c/o Pacific Asset Advisors**<br>**600-108th Ave NE Ste 530**<br>**Bellevue, WA 98004** | **Unexpired lease** |
| **St. Street Center LLC**<br>**c/o Pacific Asset Advisors**<br>**600-108th Ave NE Ste 530**<br>**Bellevue, WA 98004** | **Unexpired leases** |
| **Sylvan Associates**<br>**c/o Overlake MGT co.**<br>**11225 SE 6th St. #220**<br>**Bellevue, WA 98004** | **Unexpired lease** |
| **Thrifty Payless**<br>**Tenant #881490**<br>**PO Box 460**<br>**Camp Hill, PA 17001** | **Unexpired lease** |
| **TNPPM Olmpic Gateway LLC**<br>**8123 Solution Center**<br>**Chicago, IL 60677** | **Unexpired lease** |
| **Town & Country Center**<br>**PO Box 9368**<br>**Spokane, WA 99209** | **Unexpired lease** |
| **University City Inc**<br>**1110 N. Stanley Road**<br>**Spokane, WA 99212** | **Unexpired lease** |
| **Willipa LLC**<br>**PO Box 820096**<br>**Portland, OR 97282** | **Unexpired leases** |
| **Yoder 17th St. Properties**<br>**c/o Pacific Asset Advisors**<br>**600 108th Ave NE #530**<br>**Bellevue, WA 98004** | **Unexpired lease** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Liquidation Outlet, Inc.**                   ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary & Arlene Woodring**<br>**1025 Valley AVE NW**<br>**Puyallup, WA 98371** | **US Bank**<br>**1145 Broadway #1100**<br>**Tacoma, WA 98402** |
| **Gary & Arlene Woodring**<br>**1025 Valley AVE NW**<br>**Puyallup, WA 98371** | **LOI Capital, LLC**<br>**1025 Valley AVE NW**<br>**Puyallup, WA 98371** |
| **Gary & Arlene Woodring**<br>**1025 Valley AVE NW**<br>**Puyallup, WA 98371** | **Hudson Capital**<br>**c/o Bush Strout & Kornfeld**<br>**601 Union St. STE 5000**<br>**Seattle, WA 98101** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

In re  **Liquidation Outlet, Inc.** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b.  Insurance | $ 0.00 | $ 0.00 |
|     c.  Union dues | $ 0.00 | $ 0.00 |
|     d.  Other (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re   **Liquidation Outlet, Inc.**                                                    Case No. _____
_____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
|    a. Are real estate taxes included? | Yes ___ | No  **X** | | |
|    b. Is property insurance included? | Yes ___ | No  **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 0.00 |
|            b. Water and sewer | | | $ | 0.00 |
|            c. Telephone | | | $ | 0.00 |
|            d. Other _____ | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 0.00 |
| 5. Clothing | | | $ | 0.00 |
| 6. Laundry and dry cleaning | | | $ | 0.00 |
| 7. Medical and dental expenses | | | $ | 0.00 |
| 8. Transportation (not including car payments) | | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
|            a. Homeowner's or renter's | | | $ | 0.00 |
|            b. Life | | | $ | 0.00 |
|            c. Health | | | $ | 0.00 |
|            d. Auto | | | $ | 0.00 |
|            e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
|      (Specify) _____ | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
|            a. Auto | | | $ | 0.00 |
|            b. Other _____ | | | $ | 0.00 |
|            c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other _____ | | | $ | 0.00 |
|     Other _____ | | | $ | 0.00 |

| | | | |
|---|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | | $ | 98,041.18 |
| c.   Monthly net income (a. minus b.) | | $ | -98,041.18 |

# United States Bankruptcy Court
## Western District of Washington

In re __Liquidation Outlet, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___55___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 25, 2010__

Signature __/s/ Gary Woodring__

__Gary Woodring__
__President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Liquidation Outlet, Inc.**                         Case No. _____

                                      Debtor(s)             Chapter     **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$67,500.00** | **Gary Woodring Compensation from LOI, Inc.** |
| **$60,750.00** | **Arlene Woodring Compensation from LOI, Inc.** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT             SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| 17th and Ray Associates | January 2, 2010 | $7,284.38 | $0.00 |
| Avista | 1/19/2010 | $9,268.58 | $0.00 |
| Avista | February 19, 2010 | $10,644.56 | $0.00 |
| Avista | March 19, 2010 | $8,557.94 | $0.00 |
| Bank of America PO Box 301200 Los Angeles, CA 90030-1200 | 1/18/2010, 1/18/2010, 2/08/10, 2/24/10, 3/18/10 | $100,522.20 | $0.00 |
| Brian Budsberg PO Box 1489 Olympia, WA 98502 | | $10,000.00 | $0.00 |
| Chaozhou Ceramics | 3/17/10 | $6,146.35 | $0.00 |
| Charlie's Produce PO Box 24606 Seattle, WA 98124 | 1/5/10 | $35,324.60 | $0.00 |
| Charlie's Produce PO Box 24606 Seattle, WA 98124 | 1/13/10 | $34,759.10 | $0.00 |
| Charlie's Produce PO Box 24606 Seattle, WA 98124 | 1/20/10 | $34,379.42 | $0.00 |
| Charlie's Produce PO Box 24606 Seattle, WA 98124 | 1/28/10 | $30,611.00 | $0.00 |
| Charlie's Produce PO Box 24606 Seattle, WA 98124 | 2/4/10 | $28,572.75 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Charlie's Produce**<br>PO Box 24606<br>Seattle, WA 98124 | **2/11/10** | **$34,636.10** | **$0.00** |
| **Charlie's Produce**<br>PO Box 24606<br>Seattle, WA 98124 | **2/22/10** | **$35,378.57** | **$0.00** |
| **Charlie's Produce**<br>PO Box 24606<br>Seattle, WA 98124 | **2/26/10** | **$34,940.70** | **$0.00** |
| **Charlie's Produce**<br>PO Box 24606<br>Seattle, WA 98124 | **3/12/10** | **$40,986.30** | **$0.00** |
| **Charlie's Produce**<br>PO Box 24606<br>Seattle, WA 98124 | **3/18/10** | **$55,229.57** | **$0.00** |
| **Chicago Housewares** | **3/18/10** | **$7,639.70** | **$0.00** |
| **China Pak** | **3/3/10** | **$25,682.12** | **$0.00** |
| **China Top** | **1/26/10** | **$36,156.84** | **$0.00** |
| **Coca Cola** | **2/26/10** | **$9,757.80** | **$0.00** |
| **CRH Captiol Properties** | **1/1/10** | **$14,859.12** | **$0.00** |
| **CRH Capitol Properties** | **1/31/10** | **$14,859.12** | **$0.00** |
| **CRH Capitol Properties** | **3/1/10** | **$15,060.00** | **$0.00** |
| **Custom Solutions, Inc.**<br>4142 NE Port Drive<br>Lees Summit, MO 64064 | **1/6/10** | **$14,600.00** | **$0.00** |
| **Derm Cosmetics** | **2/16/10** | **$7,617.60** | **$0.00** |
| **Durable Packaging** | **1/5/10** | **$7,339.20** | **$0.00** |
| **Elite Brands** | **2/24/10** | **$6,279.50** | **$0.00** |
| **Grand A** | **2/24/10** | **$23,232.00** | **$0.00** |
| **Herring & Assoc.** | **1/1/10, 1/21/10, 3/01/10** | **$22,500.00** | **$0.00** |
| **IMPORT** | **1/7/10** | **$11,392.20** | **$0.00** |
| **IMPORt** | **1/7/10** | **$17,428.92** | **$0.00** |
| **IMPORT** | **1/07/10** | **$9,260.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **KMART** | **2/1/10, 3/1/10** | **$13,400.00** | **$0.00** |
| **L-Bright** | **2/5/10** | **$17,411.27** | **$0.00** |
| **Lee Ingram and Lorens** | **1/1/10, 1/31/10** | **$1,400.40** | **$0.00** |
| **Lee Ingrams & Lorenz** | **3/10/10** | **$7,000.20** | **$0.00** |
| **Lee Jones & Associates** | **2/12/10, 2/26/10, 3/26/10** | **$32,728.40** | **$0.00** |
| **Leonardo** | **1/12/10** | **$11,000.00** | **$0.00** |
| **Liberty Distributing**<br>**909 Valley Ave NW**<br>**Puyallup, WA 98371** | **1/22/10, 3/5/10, 3/26/10** | **$32,016.10** | **$0.00** |
| **Madden and Teel** | **1/1/10, 2/1/10, 3/1/10** | **$21,600.00** | **$0.00** |
| **Magnusen Properties** | **1/4/10** | **$7,283.00** | **$0.00** |
| **Marco International** | **2/9/10, 2/24/10** | **$47,132.52** | **$0.00** |
| **Ningbo Dollar King** | **1/26/10** | **$12,638.00** | **$0.00** |
| **Ningbo Mas Housewares** | **2/5/10** | **$14,010.00** | **$0.00** |
| **Ningbo Mini Metals** | **2/5/10** | **$16,276.00** | **$0.00** |
| **Noodles by Leonardo** | **1/5/10** | **$11,007.21** | **$0.00** |
| **Novate International**<br>**PO Box 34936**<br>**Dept 1073**<br>**Seattle, WA 98124** | **2/19/10** | **$8,942.40** | **$0.00** |
| **Pepsi** | **1/29/10** | **$5,588.57** | **$0.00** |
| **Poly Bags LLC** | **2/26/10** | **$7,074.00** | **$0.00** |
| **Puget Sound Energy**<br>**P.O. Box 90868**<br>**Bellevue, WA 98009** | **1/15/10, 1/22/10, 1/22/10, 1/29/10, 2/19/10, 2/26/10, 3/5/10, 3/13/10** | **$48,925.92** | **$0.00** |
| **Puson** | **1/31/10** | **$19,440.80** | **$0.00** |
| **Retail Management** | **1/1/10, 2/1/10, 3/1/10** | **$26,166.00** | **$0.00** |
| **Rite Aid** | **3/1/10** | **$5,056.00** | **$0.00** |
| **Safeway** | **1/1/10, 1/1/10, 1/1/10, 1/31/10, 1/31/10, 3/1/10, 3/1/10** | **$70,297.75** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Selective Imports | 2/16/10 | $11,653.92 | $0.00 |
| Sellers Union | 1/22/10, 1/26/10 | $40,852.90 | $0.00 |
| Shark Eyes | 1/28/10 | $6,696.30 | $0.00 |
| Showline | 1/21/10 | $16,257.02 | $0.00 |
| SM Products | 2/26/10 | $6,678.70 | $0.00 |
| Smart Advanced Holdings | 2/5/10 | $9,243.60 | $0.00 |
| Soil Conditioners | 2/15/10 | $11,511.63 | $0.00 |
| State Street Center | 1/1/10, 2/1/10, 3/1/10 | $37,625.04 | $0.00 |
| Summit Foods | 2/15/10 | $5,819.60 | $0.00 |
| Sun Products | 1/21/10 | $17,684.23 | $0.00 |
| Sylvan Assoc. | 1/31/10, 3/1/10 | $23,200.00 | $0.00 |
| Thrifty Payless | 1/1/10, 2/1/10, 2/2/10, 3/1/10 | $32,295.00 | $0.00 |
| Town & Country | 1/1/10, 1/31/10, 3/1/10 | $21,294.75 | $0.00 |
| Traveler's Insurance | 1/1/10, 1/28/10, 3/1/10, 3/1/10, 3/29/10 | $56,652.40 | $0.00 |
| Venture Foods | 2/24/10 | $5,798.20 | $0.00 |
| VM Global | 1/28/10 | $13,992.16 | $0.00 |
| Washington Dept. Revenue | 1/25/10, 2/25/10 | $256,382.82 | $0.00 |
| Wilipa LLC | 1/1/10 | $8,568.50 | $0.00 |
| Yakima County Treasurer | 3/5/10 | $8,865.43 | $0.00 |
| Yoder 17th St. Properties | 1/31/10, 3/1/10 | $12,525.00 | $0.00 |
| Zel R. Kahn & Sons 2 Fifer Ave, Ste. 220 Corte Madera, CA 94925 | 3/9/10 | $11,769.60 | $0.00 |
| Zhongshan Seehe Paper | 1/22/10, 2/9/10 | $20,438.09 | $0.00 |

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital Village Associates v. Liquidation Outlet, Inc. Thurston County Cause No. 10-2-00286-1** | | **Thurston County, Washington** | |
| **ML Weiner & Associates LTD v. Liquidation Outlet, Inc. Case No. 10-2-05464-8** | | **Pierce County, Washington** | |
| **Wilipa LLC v. Liquidation Outlet, Inc. Case No. CV100097** | | **Yamhill County** | |
| **PK II Sunset Square LLC v. Liquidation Outlet, Inc. Case No. 10-2-00635-1** | | **Whatcom County, Washington** | |
| **17th and Ray Associates, LLC v. Liquidation Outlet, Inc. Case No. 10-2-0089-7** | | **Spokane County, Washington** | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Brian Budsberg, P.L.L.C. 1115 West Bay Drive, Suite 201 98502** | | **$10,000.00** |

### 10. Other transfers

None □ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Gary Woodring 210 N. 5th Ave Yakima, WA 98901** | | **Incomplete Title Discription for a 1 acre lot was corrected and revised. The Completed Title Description was recorded under Gary Woodring.** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

8

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED
**Fullaway Lamphear & Suave**
**5501 Pacific Highway East**
**Suite 1**
**Fife, WA 98424**

**Joel Junker**
**1191 2nd Ave. Suite 1800**
**Seattle, WA 98101**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                  DATES SERVICES RENDERED
**Fullaway Lamphear & Suave**     **5501 Pacific Highway East**
                                  **Suite 1**
                                  **Fife, WA 98424**

**Joel Junker**                   **1191 2nd Ave. Suite 1800**
                                  **Seattle, WA 98101**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                               ADDRESS
**Fullaway Lamphear & Suave**                      **5501 Pacific Highway East, Suite 1**
                                                   **Fife, WA 98424**

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                      DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Gary Woodring**<br>**1025 Valley Ave NW**<br>**Puyallup, WA 98371** | **Owner, President** | **100%** |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   __**March 25, 2010**__                    Signature   __**/s/ Gary Woodring**__

                                                                              **Gary Woodring**

                                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re   **Liquidation Outlet, Inc.**                                 Case No.

                                            Debtor(s)           Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 0.00 |
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 25, 2010**                           **/s/ Brian L. Budsberg**
                                                             **Brian L. Budsberg 11225**
                                                               **Brian Budsberg, P.L.L.C.**
                                                               **1115 West Bay Drive, Suite 201**
                                                               **3605849093  Fax: 3602528333**
                                                               **trustee@budsberg.com**

# United States Bankruptcy Court

## Western District of Washington

In re    **Liquidation Outlet, Inc.**                 ,    Case No. _____

                                  Debtor         Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Gary Woodring<br>210 N. 5th Ave<br>Yakima, WA 98901** | | | **100% Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **March 25, 2010** _____        Signature_ **/s/ Gary Woodring** _____

                                                        **Gary Woodring<br>President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Liquidation Outlet, Inc.**                               Case No. _____

                                         Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 25, 2010**                   **/s/ Gary Woodring**

                                            **Gary Woodring**/**President**
                                            Signer/Title

17TH & RAY PROPERTIES, LLC
3204 E. 17TH AVE
SPOKANE, WA 99223


17TH RAY PROPERTIES LLC
ATTN: DAN ROARK
1527 S. CREST ROAD
SPOKANE, WA 99203


ABC PACIFIC
1549 NE 145TH ST.
SEATTLE, WA 98155


ABC PACIFIC
PO BOX 19435
SEATTLE, WA 98109


ADAMS & BROOKS, INC.
PO BOX 7303
LOS ANGELES, CA 90007-0303


ALLIANCE PRODUCTS
2001 N. CORNELL AVE.
MELROSE PARK, IL 60160


ALLIANCE PRODUCTS
C/O THE GARBIS LAW FIRM
DAN GARBIS
LINCOLNWOOD, IL 60712


ALLIED WASTE SERVICES
54 DAWSON STREET
SEATTLE, WA 98134


ALMAR SALES COMPANY
31 WEST 34TH ST.
8TH FLOOR
NEW YORK, NY 10001


ARCOR USA
DBA NUTREX CORP.
550 BILTMORE WAY
PH 11-A
CORAL GABLES, FL 33134

```
AVISTA
1411 E MISSION AVE
SPOKANE, WA 99252


B&G SALES, INC.
2000 GEORGE STREET
MELROSE PARK, IL 60160


BASIN DISPOSAL
PO BOX 3850
PASCO, WA 99302


BC IMPROTS
3007 38TH STREET SE
PUYALLUP, WA 98374


BEE INTERNATIONAL
2311 BOSWELL ROAD, SUITE 5
CHULA VISTA, CA 91914


BENDON PUBLISHING INTERN'L INC
1840 BANEY ROAD
ASHLAND, OH 44805


BENSON CENTER
10424 240TH SE
KENT, WA 98031


BENSON CENTER
PO BOX 20157
SEATTLE, WA 98102


BETHEL JUNCTION
CBRE INC-OBEUO1
PO BOX 82551
GOLETA, CA 93118


BETTY, INC.
1801 SWANSON STREET
PHILADELPHIA, PA 19148


BICKEL'S SNACK FOODS
PO BOX 644075
PITTSBURGH, PA 15264-4075
```

```
BLUE CROSS LABORATORIES
20950 CENTRE POINTE PKWY
SANTA CLARITA, CA 91350


BRUCE FORBES
86 SW CENTURY
PMB 445
BEND, OR 97702


BUMBLE BEE FOODS, LLC
PO BOX 90335
CHICAGO, IL 60695-0335


CADBURY ADAMS USA LLC
PO BOX 849955
DALLAS, TX 75284-9955


CAPITAL VILLAGE ASSOC.
11225 SE 6TH ST. #220
SEATTLE, WA 98124


CARRINGTON CO.
2010 YAKIMA VALLEY HWY
SUNNYSIDE, WA 98944


CASCADE NATURAL GAS
PO BOX 34344
SEATTLE, WA 98124


CG ROXANE
1210 SO. HIGHWAY 395
PO BOX DRAWER A
OLANCHA, CA 93549


CHAMPION PACKAGING &
DISTRIBUTING, INC.
PO BOX 97253
CHICAGO, IL 60690


CHARLIE'S PRODUCE
PO BOX 24606
SEATTLE, WA 98124
```

```
CHELSEA MILLING CO.
PO BOX 460
CHELSEA, MI 48118-0460


CHUCK MORTIMER
LEVY-VON BECK & ASSOCIATES
600 UNIVERSITY ST. SUITE 3300
SEATTLE, WA 98101


CITY OF ABERDEEN
200 E MARKET ST
ABERDEEN, WA 98520


CITY OF ALBANY
PO BOX 945
ALBANY, OR 97321


CITY OF BREMERTON
100 OYSTER BAY AVE N.
BREMERTON, WA 98312


CITY OF CENTRALIA
#07-010590-00
P.O. BOX 1259
CENTRALIA, WA 98531


CITY OF KENT
220 4TH AVENUE SO.
KENT, WA 98032


CITY OF MARYSVILLE
1049 STATE AVE
MARYSVILLE, WA 98271


CITY OF MILTON
PO BOX 6
MILTON FREEWATER, OR 97862


CITY OF NEWBERG
PO BOX 970
NEWBERG, OR 97132


CITY OF OLYMPIA
PO BOX 1967
OLYMPIA, WA 98507
```

CITY OF PASCO
525 N. 3RD AVE
PASCO, WA 99301


CITY OF PORT ANGELES
321 E FIFT ST.
PORT ANGELES, WA 98362


CITY OF PUYALLUP
333 S. MERIDIAN
PUYALLUP, WA 98371


CITY OF RENTON
CITY HALL
1055 S. GRADY WAY
RENTON, WA 98055


CITY OF RICHLAND
505 SWIFT BLVD
RICHLAND, WA 99352


CITY OF SEATTLE
P.O. BOX 94729
SEATTLE, WA 98124-4729


CITY OF SPOKANE
808 W. SPOKANE FALLS BLVD
SPOKANE, WA 99256


CITY OF TACOMA
P.O. BOX 11010
TACOMA, WA 98411


CITY OF TUMWATER
555 ISRAEL RD SW
OLYMPIA, WA 98501


CLEAN SCAPES
PO BOX 34260
SEATTLE, WA 98124


COCA COLA
1000 WEST TEMPLE STREET
LOS ANGELES, CA 90074

```
COCA COLA AUTOMAT
PO BOX 2905
PASCO, WA 99302


COCA COLA ENTERPRISES
PO BOX 90074


COMFORT FOODS, INC.
9900 MONTGOMEREY BLVD. NE
ALBUQUERQUE, NM 87111


CONKLIN FASHIONS, INC.
PO BOX 2231
SIDNEY, NY 13838


CONSILDATED DISPOSAL
2370 BASIN ST. SW
EPHRATA, WA 98823


CORPORACION IMRESORA
SA DE CV
PO BOX 54090
ESTDO DE MEXICO


COVE PARTNERS LLC
PO BOX 2422
565 MAIN STREET
LEBANON, OR 97355


CRH CAPITOL PROPERTIES
1415 E. 72ND ST. #E
TACOMA, WA 98404


CRH CAPITOL PROPERTIES
5312 PACIFIC HWY E
FIFE, WA 98424


CSK AUTO
1305 JADWIN
RICHLAND, WA 99354


CSK AUTO #4334
C/O ACCOUNTS RECEIVABLE
PO BOX 94124
SEATTLE, WA 98124
```

CUSTOM SOLUTIONS, INC.
4142 NE PORT DRIVE
LEES SUMMIT, MO 64064


CYBERKIDS INTERNATIONAL INC.
4301-B BRUNSWICK AVE.
SOUTH PLAINFIELD, NJ 07080


D & C WONG
6311 SEWARD PARK
SEATTLE, WA 98104


D&C WONG
6311 SEWARD PARKS
SEATTLE, WA 98118


DADDY RAY'S
PO BOX 186
MOSCOW MILLS, MO 63362


DAVID HANCOCK
GRAHAM & DUNN
PIER 70
2801 ALASKAN WAY, STE. 300
SEATTLE, WA 98121


DEALS 4 LESS LLC
230-5TH AVE, SUITE 612
NEW YORK, NY 10001


DESIGN IMPORTS
PO BOX 58410
SEATTLE, WA 98138


DEVELOPMENT SERVICES OF AMER.
4025 DELRIDGE WAY SW
SUITE 100
SEATTLE, WA 98101


DLL


DM MERCHANDISING, INC
835 N. CHURCH COURT
ELMHURST, IL 60126

DODO GRAPHICS INC
32 VETERANS LANE #4
PO BOX 585
PLATTSBURGH, NY 12901


DOLLAR EMPIRE LLC
4423 E. BANDINI BLVD
LOS ANGELES, CA 90023


DON M. DELLET
3236 STEVELY AVE.
LONG BEACH, CA 90808


DOUGLAS CO. PUD
1151 VALLEY MALL PARKWAY
EAST WENATCHEE, WA 98802


DOURNAK INC.
2201 TOUHY AVENUE
ELK GROVE VILLAGE, IL 60007-5327


DREYERS
555 12TH STREET #300
OAKLAND, CA 94607


DS OF A
2521 6TH STREET
BREMERTON, WA 98312


DS OF A
PO BOX 25139
SCOTTSDALE, AZ 85255


DYNAMIC MANUFACTURING
& DISTRIBUTION INC
78 LAFAYETTE AVE, SUITE 201
SUFFERN, NY 10901


EH GREETINGS
2060 INTERNATIONAL BLVD.
PORT HURON, MI 48060


ELITE BRANDS USA, INC
61 EAST INDUSTRY CT.
DEER PARK, NY 11729

EUGENE WATER
500 EAST 4TH
EUGENE, OR 97440


EVANS FOOD WEST INC.
1191 PAYSPHERE CIRCLE
CHICAGO, IL 60674


FLAVA PUFF
2000 NW-150TH AVE, SUITE 2120
PEMBROKE PINES, FL 33028


FRANKLIN COUNTY PUD
1411 WEST CLARK
PASCO, WA 99301


GA DEVELOPMENT
1025 VALLEY AVENUE NW
PUYALLUP, WA 98371


GA DEVELOPMENT
1025 VALLEY AVE NW
PUYALLUP, WA 98371


GA DEVELOPMENT


GARY & ARLENE WOODRING
1025 VALLEY AVE NW
PUYALLUP, WA 98371


GARY WOODRING
210 N. 5TH AVE
YAKIMA, WA 98901


GARY WOODRING
1025 VALLEY AVENUE NW
PUYALLUP, WA 98371


GDB INTERNATIONAL INC.
8 TAYLOR ROAD
EDISON, NJ 08817

```
GEL SPICE CO. LLC
PO BOX 285
BAYONNE, NJ 07002


GRANT COUNTY PUD
PO BOX 878
EPHRATA, WA 98823


GRAYS HARBOR PUD
2720 SUMNER AVE
PO BOX 510
ABERDEEN, WA 98520


GREAT DISCOUNTERS
830 FAIRWAY DRIVE
BENSENVILLE, IL 60106


GUARDIAN SECURITY
1743 1ST AVE S
SEATTLE, WA 98134


HAGAN ENTERPRISES
3803 BRIDGEPORT WAY W
UNIVERSITY PLACE, WA 98466


HERRING & ASSOC. INC.
408 N. 5TH ST. SUITE A
WENATCHEE, WA 98801


HERRING & ASSOCIATES, INC.
620 GRANT ROAD #C
EAST WENATCHEE, WA 98802


HOSPITATLITY HOUSE
PO BOX 2542
WENATCHEE, WA 98807


HUB CITY RECYCLING
200 E. THIRD ST.
CENTRALIA, WA 98531


HUDSON CAPITAL
C/O BUSH STROUT & KORNFELD
601 UNION ST. STE 5000
SEATTLE, WA 98101
```

```
HULCO SALES CORP.
PO BOX 150
TERRE HAUTE, IN 47808


IMPERIAL PLASTICS
PO BOX 3395
CALEXICO, CA 92232


INDERBITZEN DISTRIBUTORS INC.
901 VALLEY AVE NW
PUYALLUP, WA 98371


INLAND US MANAGMENT
5919 LAKEWOOD TOWNE CENTER
LAKEWOOD, WA 98499


INLAND US MGT LLC #4498
13068 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


JEFFREY HELSDON
PO BOX 64189
TACOMA, WA 98464


JOHN F MAGNUSON
1250 NORTHWOOD CENTER CT.
SUITE A
PO BOX 2350
COEUR D ALENE, ID 83816


K MART
2306 E NOB HILL ROAD
YAKIMA, WA 98901


K. MART CORP #4439
12664 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


KIDSMANIA INC.
12332 BELL RANCH DRIVE
SANTA FE SPRINGS, CA 90670


KOLE IMPORTS
24600 S. MAIN STREET
CARSON, CA 90745
```

L&E BOTTLING CO., INC.
OI /BIX 3836
SOUTH EL MONTE, CA 91733


LAKEHAVEN UTILITY
31627 FIRST AVE SO.
FEDERAL WAY, WA 98003


LAKEWOOD WATER DISTRICT
PO BOX 11010
LAKEWOOD, WA 98411


LAURI HAGAR
SUSSMAN SHANK LLP
1000 SW BROADWAY, STE. 1400
PORTLAND, OR 97025


LAW OFFICES OF ROBERT
SCHULMAN
3333 NEW HYDE PARK RD
NEW HYDE PARK, NY 11042


LEE INGRAM & L. SCHROCK LLC
4870 CAPITOL BLVD #1
OLYMPIA, WA 98501


LEE INGRAM & LORENZ
515 HARRISON AVE
CENTRALIA, WA 98531


LEE PHARMACEUTICALS
PO BOX 3836
SOUTH EL MONTE, CA 91733


LEMAY
13502 PACIFIC AVE
TACOMA, WA 98444


LEMAY
4201 OLYMPIC HWY EAST
ABERDEEN, WA 98520


LIBERTY DISTRIBUTING
909 VALLEY AVE NW
PUYALLUP, WA 98371

```
LIBERTY ORCHARDS
PO BOX C
CASHMERE, WA 98815


LUKINS & ANNIS MICHAEL MAUER
JOHN MCENTIRE IV
1600 WASHINGTON TRUST FIN CTR
717 W SPRAGUE AVE
SPOKANE, WA 99201


MADDEN & TEAL
19715 27TH AVE NW
SEATTLE, WA 98177


MADDEN & TEEL
10014 15TH AVE SW
SEATTLE, WA 98146


MAGNUSON PROPERTIES
15303 E. SPRAGUE AVE
VERADALE, WA 99037


MAGNUSON PROPERTIES
PARTNERSHIP
PO BOX 3145
COEUR D ALENE, ID 83814


MARIETTA BISCUIT CO. INC.
1301 LA VELLE ROAD
PORTALES, NM 88130


MATHEW GREEN
WILLIAMS, KASTNER & GIBBS
TWO UNION SQUARE
601 UNION STREET, STE 4100
SEATTLE, WA 98111


MD DISTRIBUTORS INC.
3 TAYLOR ROAD
EDISON, NJ 08817


MICHAEL FRIEND ASSOC.
7302 BOWLYN PLANCE S
SEATTLE, WA 98118
```

MICHAEL MAGNUS
PARK PLAZA WEST, SUITE 450
10700 SW BEAVERTON HILLSDALE
WHY
BEAVERTON, OR 97005


MK PROPERTIES
11012 CANYON ROAD
PUYALLUP, WA 98373


ML WEINER & ASSOC.
43-585 MONTEEY AVE, STE. 1
PALM DESERT, CA 92260


MORRIS NATIONAL INC.
PO BOX 60707
LOS ANGELES, CA 90060


MURREY'S DISPOSAL
PO BOX 399
PUYALLUP, WA 98371


NANCY KETCHAM
315 BASIN STREET SW
EPHRATA, WA 98823


NANCY KETCHAM
PO BOX 22789
SEATTLE, WA 98122


NEW ERA BRANDS, LLC
910 SKOKLE BLVD. SUITE 107
NORTHBROOK, IL 60062


NEW FRONTIER MARKETING
1240 E 55TH STREET
CLEVELAND, OH 44103


NEWBERG GARAGE
PO BOX 1000
NEWBERG, OR 97132


NOEL CORPORATION
PO BOX 2531
PASCO, WA 99302

NORTHWEST SECURITY
1320 HUNSICKER RD
BELLINGHAM, WA 98226


NOVATE INTERNATIONAL
PO BOX 34936
DEPT 1073
SEATTLE, WA 98124


NW NATURAL
PO BOX 6017
PORTLAND, OR 97228


OLYMPIC GATEWAY
1111 E. WISKAH STREET
ABERDEEN, WA 98520


OREN'S REPLAY CO.
7758 MAIE AVE
LOS ANGELES, CA 90001


PACIFIC ASSET ADVISORS
PO BOX 34960
SEATTLE, WA 98124


PACIFIC COMMONS LLC
DUNHILL PARTNERS WEST
388 MARKET STREET #850
SAN FRANCISCO, CA 94111


PACIFIC ENTERPRISES
PO BOX 8899
STOCKTON, CA 95208


PACIFIC POWER
1033 NE 6TH AVE
PORTLAND, OR 97256


PACIFIC TRUST REALTY
175 S. MAIN
MILTON FREEWATER, OR 97862


PACIFIC TRUST REALTY ASSOC.
PO BOX 5000 UNIT #72
PORTLAND, OR 97208

```
PAGE'S SEEDS
1A GREEN STREET
PO BOX 158
GREENE, NY 13778


PERSONAL CARE PRODUCTS INC
32500 TELEGRAPH SUITE #202
BINGHAM FARMS, MI 48025


PHIL ROBERTS
RYAN SWANSON & CLEVELAND
1204 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101


PIERCE COUNTY SEWER
PO BOX 11620
TACOMA, WA 98411


PK II SUNSET SQ
SWAB 1497/L DOLLSTOR
PO BOX 100545
PASADENA, CA 91189


PK II SUNSET SQUARE
1125 E. SUNSET DRIVE
#115-120
BELLINGHAM, WA 98226


POLY BAG LLC
4301 SO. TACOMA WAY
TACOMA, WA 98409


PORTLAND GENERAL ELECTRIC
PO BOX 4438
PORTLAND, OR 97208


PRAIRIE CENTER LLC
C/O M&K PROPERTIES
PO BOX 997
SNOQUALMIE, WA 98065


PRARIE CENTER LLC
4810 E. YELM HWY SE
LACEY, WA 98503
```

PUGET SOUND ENERGY
P.O. BOX 90868
BELLEVUE, WA 98009


QWEST
P.O. BOX 91154
SEATTLE, WA 98111-9254


RAPID CARE INC.
2080 LAS PALMAS DRIVE STE 101
CARLSBAD, CA 92011


REGENT PRODUCTS CORP
LLC DIV.
8999 PALMER STREET
RIVER GROVE, IL 60171


REMARKETING SERVICES
1250 PINE STREET
SUITE 108
WALNUT CREEK, CA 94596


RETAIL PROPERTY MANAGEMENT
3315 W. COURT ST.
PASCO, WA 99301


RETAIL PROPERTY MGT
210 N 2ND AVE
WALLA WALLA, WA 99362


RITE AID #36656/5174
SUB-TENANT ACCT 881451
PO BOX 460
CAMP HILL, PA 17001


RITEAID
29019 MILITARY ROAD
FEDERAL WAY, WA 98003


ROSEN PROPERTIES
5401 6TH AVE #300
TACOMA, WA 98406

```
ROSEN PROPERTIES AND
ROSEN HARBOTTLE
PO BOX 5003
BELLEVUE, WA 98009


ROYAL ITEMS INC
595 DEGRAW STREET
BROOKLYN, NY 11217


SAFEWAY
170 PT. ANGELES PLAZA
PORT ANGELES, WA 98362


SAFEWAY
4512 N. MARKET ST
SPOKANE, WA 99207


SAFEWAY PDA
#98-9348-01-01
4834 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SAFEWAY PDA
98-9304-01-01
4834 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SAFEWAY PDA
98-A023-01-01
4834 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SANIPAC
505 SWIFT BLVD
RICHLAND, WA 99352


SANTA CLARA SQ CLIENT TRUST
PO BOX 2448 UNIT SAC 002
PORTLAND, OR 97208


SANTA CLARA SQUARE
CLIENT TRUST
75 DIVISION AVE
EUGENE, OR 97404
```

SCOTT FEIR
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104


SCOTT WILSON
WILSON & REARDON
1200-112TH AVE NE
SUITE C110
BELLEVUE, WA 98004


SELECTED TRADING
9500 NW 108TH AVE
MIAMI, FL 33178


SELECTIVE IMPORTS CORP
3018 E 46TH STREET
LOS ANGELES, CA 90058


SHARK EYES
2240 E WASHINGTON BLVD
LOS ANGELES, CA 90021


SHASTA
PO BOX 281335
ATLANTA, GA 30384


SM PRODUCTS INC.
LIBERTY MILLS
720437
HOUSTON, TX 77272


SOIL CONDITIONERS INC
PO BOX 206
ZILLAH, WA 98953


SOUND PROPERTIES
11012 CANYON ROAD
PUYALLUP, WA 98373


SOUND PROPERTIES LLC
C/O M&K PROPERTY SERVICES
PO BOX 997
SNOQUALMIE, WA 98065

SOUTH BAY INTERNATIONAL
1555 SO. 7TH STREET, STE. G
SAN JOSE, CA 95112


SOUTHGATE DEVELOPMENT
5211 CAPITOL BLVD
OLYMPIA, WA 98501


SOUTHGATE DEVELOPMENT
984 LIBERTY STREET
OLYMPIA, WA 98512


SPOKANE COUNTY
PO BOX 2355
WA 99120


SPRINT
PO BOX 54977
LOS ANGELES, CA 90054


ST. STREET CENTER LLC
C/O PACIFIC ASSET ADVISORS
600-108TH AVE NE STE 530
BELLEVUE, WA 98004


STAR CANDLE CO.
300 INDUSTRIAL AVENUE
RIDGEFIELD PARK, NJ 07660


STORK
1451 MOMENTUM PLACE
CHICAGO, IL 60689


SUMMIT FOODS ENTERPRISES INC
PO BOX 273
BERLIN, MA 01503


SUMMIT WATER & SUPPLY CO.
9701 50TH AVE EAST
TACOMA, WA 98446


SUNBELT APPAREL, INC.
4901 KELLER SPRINGS #106A
ADDISON, TX 75001

```
SUNRISE CONFECTIONS
LOX BOX 892264 DPT. 2264
PO BOX 12264
DALLAS, TX 75312


SUNSHINE DISPOSAL & RECYCLING
2405 N. UNIVERSITY RD
SPOKANE, WA 99206


SW SUBURBAN SEWER
431 SW AMBAUM BLVD
SEATTLE, WA 98166


SYLVAN ASSOC.
C/O OVERLAKE MANAGEMENT
3441 WHEATON AVE
BREMERTON, WA 98310


SYLVAN ASSOCIATES
C/O OVERLAKE MGT CO.
11225 SE 6TH ST. #220
BELLEVUE, WA 98004


TARA SCHLEICHER
FARLEIGH WADA WITT
121 SW MORRISON STREET
SUITE 600
PORTLAND, OR 97204


TASTE OF NATURE INC
2828 DONALD DOUGLAS LOOP NORTH
SUITE A
SANTA MONICA, CA 90405


THE BOX MAKER
PO BOX 58968
TUKWILA, WA 98168


THE WE BASSET CO.
100 TRAP FALLS ROAD EXT.
SHELTON, CT 06484


THE WE BASSETT COMPANY
PO BOX 5643
HARTFORD, CT 06102
```

```
THRIFTY PAYLESS
6414 S. YAKIMA AVE
TACOMA, WA 98408


THRIFTY PAYLESS
TENANT #881490
PO BOX 460
CAMP HILL, PA 17001


TNPPM OLMPIC GATEWAY LLC
8123 SOLUTION CENTER
CHICAGO, IL 60677


TOWN & COUNTRY CENTER
804 W. FRANCIS
SPOKANE, WA 99205


TOWN & COUNTRY CENTER
PO BOX 9368
SPOKANE, WA 99209


UNCLE RAYS LLC
14245 BIRWOOD ST
DETROIT, MI 48238


UNIVERSITY CITY
10518 E. SPRAGUE AVE
SPOKANE, WA 99216


UNIVERSITY CITY INC
1110 N. STANLEY ROAD
SPOKANE, WA 99212


US ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
700 STEWAR STREET, SUITE 5220
SEATTLE, WA 98101


US BANK
1145 BROADWAY #1100
TACOMA, WA 98402
```

```
VALUE MERCHANDISE INT'L INC.
14105-13TH AVE N.
SUITE C
PLYMOUTH, MN 55441


VENTURA FOODS LLC
500 SO PRARIE AVE
WAUKESHA, WI 53186


VERA WATER & POWER
PO BOX 630
SPOKANE, WA 99307


VERIZON
PO BOX 9688
MISSION HILLS, CA 91346


WA STATE ATTY GENERAL
BANKRUPTCY & COLLECTIONS
800 5TH AVE
20TH FLOOR
SEATTLE, WA 98104


WALTON BEVERAGE CO. INC.
1350 PACIFIC PLACE
FERNDALE, WA 98248


WASTE MANAGEMENT
13225 NE 126TH PLACE
KIRKLAND, WA 98034


WEINSTEIN BEVERAGE CO.
410 PETERS STREET E
WENATCHEE, WA 98801


WHITWORTH WATER DISTRICT
PO BOX 14000
SPOKANE, WA 99218


WILLIPA LLC
PO BOX 820096
PORTLAND, OR 97282
```

```
YAKIMA WASTE SYSTEM
PO BOX 2830
YAKIMA, WA 98907


YODER 17TH ST. PROPERTIES
313 S. WASHINGTON AVE
KENT, WA 98032


YODER 17TH ST. PROPERTIES
C/O PACIFIC ASSET ADVISORS
600 108TH AVE NE #530
BELLEVUE, WA 98004


ZEL R. KAHN & SONS
2 FIFER AVE, STE. 220
CORTE MADERA, CA 94925
```

# United States Bankruptcy Court
## Western District of Washington

In re   **Liquidation Outlet, Inc.**        Case No. _____

                 Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Liquidation Outlet, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gary Woodring**
**210 N. 5th Ave**
**Yakima, WA 98901**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 25, 2010** | **/s/ Brian L. Budsberg** |
| Date | **Brian L. Budsberg 11225** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Liquidation Outlet, Inc.** |
| | **Brian Budsberg, P.L.L.C.** |
| | **1115 West Bay Drive, Suite 201** |
| | **3605849093 Fax:3602528333** |
| | **trustee@budsberg.com** |